SLR:DCL:MMO
F. # 2017R01935

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | BILL OF PARTICULARS |
| -against- | Cr. No. 17-0614 (S-1)(SJF) |
| DIJON TOONE,<br>   also known as "Ace," | |
|        Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The United States of America, by and through Richard P. Donoghue, United States Attorney for the Eastern District of New York, Madeline O'Connor, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property pursuant to Fed. R. Crim. P. Rule 7(f).

The above-captioned Superseding Indictment seeks forfeiture of property pursuant to Title 21, United States Code, Sections 853(a) and 853(p) in connection with Counts One and Three, and 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Sections 2461(c) in connection with Counts Two, Four and Five. The United States hereby gives notice that, in addition to the forfeiture allegations in the above-captioned Superseding Indictment, the United States is seeking forfeiture of the following property as to Counts One and Three of the Superseding Indictment:

> Two thousand six hundred twenty-five dollars and no
> 
> cents ($2,625.00) in United States currency seized from
> 
> the defendant in or around November 2017, in Manorville,

New York.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Central Islip, New York
       May 25, 2018

                                    RICHARD P. DONOGHUE
                                    United States Attorney
                                    Eastern District of New York
                                    610 Federal Plaza East
                                    Central Islip, New York 11722

                       By:   /s/ *Madeline O'Connor*
                               Madeline O'Connor
                               Assistant United States Attorney
                               (631) 715-7870